UNITED STATE DISTRICT COURT RECEIVED
DISTRICT OF NEW JERSEY

MAY 2 1 2008

WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA ORDER FOR RETURN OF
 DEPOSIT OF BAIL

VS

 RECOG# NEW 0010
SYED AZHAR 03-MG-3627-01


It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, THREE HUNDRED AND FIFTY THOUSAND DOLLARS, ($350,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this ___ day of MAY, 2008.

Ordered that the sum of THREE HUNDRED AND FIFTY THOUSAND DOLLARS, ($350,000.00), be paid to RELIABLE TITLE AGENCY, INC., TRUST ACCOUNT, 151 STELTON ROAD, 2ND FLOOR, PISCATAWAY, N.J. 08854.

 _____
 GARRETT E. BROWN, JR., CHIEF JUDGE
 UNITED STATES DISTRICT COURT