UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Crim. No. 03-696
                                  Hon. Joseph A. Greenaway, Jr.
         vs.                :

SYED AZHAR                  :    <u>CONTINUANCE ORDER</u>

    This matter having been opened to the Court on the motion of Christopher J. Christie, United States Attorney for the District of New Jersey (Marion Percell, Assistant United States Attorney, appearing), in the presence of Alan Bowman, Esq., attorney for defendant Syed Azhar, for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as defendant has consented to such a continuance, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.  Failure to grant such a continuance would be likely to make the continuation of the proceeding impossible and would be likely to result in a miscarriage of justice.

    2. Defendant has consented to the aforementioned continuance.

3.  The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 20th day of April, 2009,

IT IS ORDERED that the period from April 21, 2009, through April 28, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(4).

                                        HON. JOSEPH A. GREENAWAY, JR.
                                        United States District Judge